EXHIBIT A

23340162

1

LAW OFFICE OF JEFFREY D. FULTON
Jeffrey D. Fulton (Bar No. 206466)

2

2150 River Plaza, Suite 260
Sacramento, California 95833

3

Telephone: (916) 993-4900
Facsimile: (916) 441-5575

4

E-Mail: JFulton@JFultonLaw.com

**F I L E D**
ALAMEDA COUNTY

FEB 2 5 2020

CLERK OF THE SUPERIOR COURT

By_____
                              Deputy

5

Attorney for Plaintiff
LISA MCCARRICK

6

7

8

SUPERIOR COURT OF THE STATE OF CALIFORNIA

9

COUNTY OF ALAMEDA

10

11

LISA MCCARRICK,

CASE NO. RG20055878

12

Plaintiff,

**COMPLAINT FOR DAMAGES**

13

v.

14

AMAZON.COM SERVICES, INC. and
DOES 1 through 100, INCLUSIVE,

15

Defendants.

16

17

18

19

20

21

1) **RETALIATION (Cal. Gov. Code §12940, *et seq.*)**
2) **VIOLATION OF THE CALIFORNIA EQUAL PAY ACT (Cal. Labor Code §1197.5, *et seq.*)**
3) **GENDER DISCRIMINATION (Cal. Gov. Code §12940, *et seq.*)**
4) **FAILURE TO TAKE REASONABLE STEPS TO PREVENT DISCRIMINATION (Cal. Gov. Code §12940(k))**
5) **VIOLATION OF CALIFORNIA LABOR CODE SECTION 1102.5 (WHISTLE BLOWER STATUTE)**
6) **WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY**

**DEMAND FOR JURY TRIAL**

22

23

24

25

26

27

28

Plaintiff, LISA MCCARRICK, hereby alleges:

**I.**
**INTRODUCTION**

1.     This action is brought by Plaintiff, LISA MCCARRICK ("Plaintiff"), who has sustained injuries or damages arising out of the conduct of Defendants, AMAZON.COM SERVICES, INC. and DOES 1 through 100 (collectively referred to as "AMAZON").

2.     This Complaint specifically asserts causes of action for the following: Retaliation (California Government Code §12940 et seq.); Violation of the California Equal Pay Act (California Labor Code §1197.5); Gender Discrimination (California Government Code §12940 et. seq.); Failure to Take Steps Reasonably Necessary to Prevent Discrimination and/or Retaliation (California Government Code §12940 (k)); Violation of California Labor Code Section 1102.5 (Whistle Blower Statute); and Wrongful Termination in Violation of Public Policy.

3.     Plaintiff, LISA MCCARRICK (hereinafter "Plaintiff") is a former employee of AMAZON.  Plaintiff underwent training and provided services to Defendants in the State of California.

4.     AMAZON is an online retailer selling a wide array of goods throughout the State of California and beyond.  Defendant is an "employer" as defined by Cal. Gov. Code §12926(d).)  AMAZON.COM SERVICES, INC. surrendered its right to transact intrastate business as set forth in California Corporations Code §2114 and is therefore not qualified to do business in the State of California under California Business & Professions Code §6403.  As a result, venue is proper in any County within the State of California, as set forth in California. (*See, Easton v. Superior Court* (1970) 12 Cal.App.3d 243 [90 Cal.Rptr. 642]; *Bohn v. Better Biscuits, Inc.* (1938) 26 Cal.App.2d 61 [78 P.2d 1177]; *Hobson v. Metropolitan Casualty Insurance Co.* (1931) 114 Cal.App. 349 [300 P. 87].)

1

5.    The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants sued herein as DOES 1 through 100, inclusive, are currently unknown to Plaintiff, who therefore sues Defendants by such fictitious names. Plaintiff is informed and believes, and based thereon alleges, that each of the Defendants designated herein as a DOE is legally responsible in some manner for the events and happenings referred to herein and caused injury and damage proximately thereby to Plaintiff as hereinafter alleged. Plaintiff will seek leave of the Court to amend this Complaint to reflect the true names and capacities of the Defendants designated hereafter as DOES when the same have finally been ascertained.

6.    Plaintiff is informed and believes, and therefore alleges, that at all times mentioned herein, each and every Defendant was the agent and/or employee of their co-defendants, and was acting either in their individual capacity or in the scope, purpose and authority of AMAZON and/or in their employment or agency with said entities, and with knowledge, permission, ratification, and/or consent of said co-defendants and/or entities and under color of law.

7.    In perpetrating the acts and omissions alleged herein, Defendants, and each of them, acted pursuant to, and in furtherance of a policy and practice of failing to promote and discriminating and retaliating against their female employees.

8.    Plaintiff is informed and believes, and thereon alleges, that each and every of the acts and omissions alleged herein were performed by, and are attributable to, all Defendants, each acting as agents and/or employees, and/or under the direction and control of each of the other Defendants, and that said acts or failures to act were within the course and scope of said agency, employment, and/or direction and control.

## II.
## GENERAL ALLEGATIONS

9.    Plaintiff is a 38-year-old female who began her employment with AMAZON as a

2

1  Loss Prevention Manager on or about July 31, 2018.  She was promoted to a Regional Loss
2  Prevention Manager on or about December 1, 2018.   Throughout her employment, her
3  performance evaluations were positive, and Plaintiff performed exceedingly well in her
4  positions.  Plaintiff's employment was involuntarily terminated on or about November 26, 2019.
5
6         10.    Plaintiff was assigned to work out of her home in California, and to travel to
7  various AMAZON sites throughout California.

8         11.    Once Plaintiff was promoted to Regional Loss Prevention Manager, she
9  discovered that her prior counterparts (Loss Prevention Managers) earned significantly more (in
10 salary and stock options) than Plaintiff, for substantially similar work, when viewed as a
11 composite of skill, effort, and responsibility, and performed under similar working conditions.
12 Plaintiff is informed and believes, and thereon alleges that she also made earned significantly
13 more (in salary and stock options) than Plaintiff, for substantially similar work, when viewed as
14 a composite of skill, effort, and responsibility, and performed under similar working conditions.
15

16        12.    During the course of her employment as a Regional Loss Prevention Manager,
17 Plaintiff was instructed by her direct supervisor to research the social media accounts of
18 applicants for employment to AMAZON for the purpose of ascertaining race/ethnicity and
19 gender.  Although Plaintiff recognized that AMAZON had been publicly criticized for its lack of
20 diversity in the workplace and Plaintiff supports diversity in the workplace, she reasonably
21 believed that scouring social media accounts for the purpose of ascertaining race and ethnicity
22 was unlawful.
23

24        13.    On or about September 12, 2019, Plaintiff submitted a written complaint in which
25 she documented her direct supervisor's directives to her to analyze candidates' social media
26 accounts in order to ascertain race and ethnicity.  Plaintiff also detailed her past opposition to the
27 directives and her having obtained confirmation from an AMAZON recruiter that such a practice
28

3

1   was against company policy.  Plaintiff also updated her complaint to include the fact that

2   Plaintiff was paid less than her male subordinate employees.

3       14.   On or about November 26, 2019, in a meeting with by the Director of Loss

4   Prevention and the Director of Human Resources that her employment was being terminated for

5

6   the false reason of "not meeting expectations."  During the meeting in which she was informed

7   of her termination, it was communicated to her that her direct supervisor had admitted to

8   utilizing social media accounts for the purpose of ascertaining race and ethnicity.  Plaintiff's

9   protected complaints of race/ethnicity discrimination were substantial motivating reasons for the

10  decision to terminate her employment.

11      15.   During the November 26, 2019, during which Plaintiff's employment was

12  terminated, the Director of Human Resources admitted to Plaintiff that Plaintiff's male

13  subordinates were paid more than her and conceded, "That happens all the time at Amazon."

14

15                    **III.**
                **LEGAL CLAIMS**

16

17              **FIRST CAUSE OF ACTION**
                    **RETALIATION**
18        **California Government Code §12940 *et seq.***
                **(Against all Defendants)**

19      16.   Plaintiff hereby re-alleges, and incorporates by reference as though fully set forth

20  herein, the allegations contained in paragraphs 1 through 15.  This cause of action is pled against

21  all Defendants.

22

23      17.   During her employment, Plaintiff engaged in protected activity by internally

24  complaining about and opposing AMAZON's unlawful practice of selecting candidates for

25  employment based on the perception of race and ethnicity by reviewing the candidates' social

26  media accounts.  Plaintiff also engaged in protected when she complained about AMAZON's

27  practice of compensating male employees at a higher rate than female employees.

28

                        4

1  When Plaintiff complained, AMAZON retaliated by involuntarily terminating Plaintiff's

2  employment.

3        18.    Within the time provided by law, Plaintiff filed charges with the California

4  Department of Fair Employment and Housing ("DFEH"), alleging retaliation, gender

5  discrimination, and failure to prevent discrimination and retaliation against Defendant

6  AMAZON, in full compliance with California law.   Attached hereto as Exhibit 1, and

7  incorporated by this reference, are true and accurate copies of Plaintiff's DFEH Complaint and

8  the "Right to Sue" letter provided by the DFEH.

9        19.    As a proximate result of the acts of Defendants, Plaintiff has suffered humiliation,

10 embarrassment, mental and emotional distress, and discomfort in the form of nervousness,

11 anxiety, nausea, worry, and indignity.   As a proximate result of the willful, knowing, and

12 intentional acts of harassment against Plaintiff, Plaintiff has suffered, and continues to suffer,

13 general damages for having to endure an oppressive working environment, in a sum according to

14 proof at the time of trial.  Plaintiff is also entitled to an award of special damages, including but

15 not limited to lost wages and benefits resulting from the termination of her employment with

16 AMAZON.

17       20.    Defendants, and its officers, directors, and/or managing agents, committed the

18 acts described in this Complaint, failed to properly address Plaintiff's complaints of

19 race/ethnicity, maliciously, oppressively, and in conscious disregard of Plaintiff's statutory

20 rights, entitling Plaintiff to an award of punitive damages against Defendants in an amount

21 appropriate to punish and make an example of Defendants.

22       21.    As a direct cause of the acts alleged above, Plaintiff has had to hire the services of

23 an attorney.  Plaintiff has incurred and continues to incur legal expenses and attorneys' fees and

5

PLAINTIFF'S COMPLAINT FOR DAMAGES

1  is entitled to an award of attorneys' fees and costs pursuant to California Government Code

2  section 12965(b).

3      WHEREFORE, Plaintiff prays judgment as set forth below.

4                    **SECOND CAUSE OF ACTION**
5        **VIOLATION OF THE CALIFORNIA EQUAL PAY ACT**
                **(Cal. Labor Code §1197.5, *et seq.*)**
6                    **(Against all Defendants)**

7      22.    Plaintiff hereby re-alleges, and incorporates by reference as though fully set forth

8  herein, the allegations contained in paragraphs 1 through 21.  This cause of action is pled against

9  all Defendants.

10
      23.    California Labor Code section 1197.5 states that "(a) An employer shall not pay
11
   any of its employees at wage rates less than the rates paid to employees of the opposite sex for
12
13 substantially similar work, when viewed as a composite of skill, effort, and responsibility, and

14 performed under similar working conditions…" with certain enumerated exceptions.

15
      24.    Plaintiff was paid less than her male counterparts (and subordinates) in her
16
   position, despite the absence of any of the exceptions set forth in California Labor Code section
17
18 1197.5 (i.e., a seniority system, merit system, a system that measures earnings by quantity or

19 quality of production and/or a bona fide factor other than sex, such as education, training, or

20 experience).

21      25.    Plaintiff is entitled to an award of backpay, liquidated damages, interest, costs and

22 attorney fees pursuant to California Labor Code section 1197.5.

23      WHEREFORE, Plaintiff prays judgment as set forth below.

24 //

25 //

26 //

27

28

                                    6

LAW OFFICE OF
JEFFREY D. FULTON

1

2

3

**THIRD CAUSE OF ACTION**
**GENDER DISCRIMINATION**
**California Government Code §12940 *et seq.***
**(Against all Defendants)**

4      26.    Plaintiff hereby re-alleges, and incorporates by reference as though fully set forth

5  herein, the allegations contained in paragraphs 1 through 25.  This cause of action is pled against

6  all Defendants.

7      27.    Defendants' conduct, including but not limited to, failure to promote Plaintiff

8
9  despite superior qualifications, as described in this Complaint, constitutes discrimination in

10 employment on the basis of Plaintiff's gender.  Defendants violated the Fair Employment and

11 Housing Act as promulgated in Government Code §12940 *et seq.* and other statutes that prohibit

12 discrimination in employment.

13     28.    Within the time provided by law, Plaintiff filed charges with the California

14 Department of Fair Employment and Housing ("DFEH"), alleging retaliation, gender

15 discrimination, and failure to prevent discrimination and retaliation against Defendant

16
17 AMAZON, in full compliance with California law.   Attached hereto as Exhibit 1, and

18 incorporated by this reference, are true and accurate copies of Plaintiff's DFEH Complaint and

19 the "Right to Sue" letter provided by the DFEH.

20     29.    As a proximate result of the acts of Defendants, Plaintiff has suffered humiliation,

21 embarrassment, mental and emotional distress, and discomfort in the form of nervousness,

22 anxiety, nausea, worry, and indignity.  As a proximate result of the willful, knowing, and

23
24 intentional acts of harassment against Plaintiff, Plaintiff has suffered, and continues to suffer,

25 general damages for having to endure an oppressive working environment, in a sum according to

26 proof at the time of trial.  Plaintiff is also entitled to an award of special damages, including but

27 not limited to lost wages and benefits resulting from the termination of her employment with

28 AMAZON.

7

30.     Defendants, and its officers, directors, and/or managing agents, committed the acts described in this Complaint, failed to properly address Plaintiff's complaints of race/ethnicity, maliciously, oppressively, and in conscious disregard of Plaintiff's statutory rights, entitling Plaintiff to an award of punitive damages against Defendants in an amount appropriate to punish and make an example of Defendants.

31.     As a direct cause of the acts alleged above, Plaintiff has had to hire the services of an attorney.  Plaintiff has incurred and continues to incur legal expenses and attorneys' fees and is entitled to an award of attorneys' fees and costs pursuant to California Government Code section 12965(b).

WHEREFORE, Plaintiff prays judgment as set forth below.

## FOURTH CAUSE OF ACTION
### FAILURE TO TAKE REASONABLE STEPS TO PREVENT DISCRIMINATION
### California Government Code §12940(k)
(Against all Defendants)

32.     Plaintiff hereby re-alleges, and incorporates by reference as though fully set forth herein, the allegations contained in paragraphs 1 through 31. This cause of action is pled against all Defendants.

33.     At all times mentioned herein, California's Fair Employment and Housing Act, Cal. Government Code §12940 *et seq.*, was in full force and effect and fully binding upon AMAZON.  Plaintiff was a member of a group protected by that statute, in particular, §12940(k), prohibiting failure to take all steps to prevent discrimination from occurring.

34.     AMAZON's acts against Plaintiff, including but not limited to its retaliatory acts following her complaints constitute a failure to take all reasonable steps necessary to prevent discrimination from occurring and violate Government Code §12940(k)).

PLAINTIFF'S COMPLAINT FOR DAMAGES

35. Plaintiff is informed and believes, and thereon alleges, that AMAZON and DOES 1 through 100 failed to provide adequate training to their supervisors and managers.

36. Within the time provided by law, Plaintiff filed charges with the California Department of Fair Employment and Housing ("DFEH"), alleging retaliation, gender discrimination, and failure to prevent discrimination against Defendant AMAZON, in full compliance with California law. Attached hereto as Exhibit 1, and incorporated by this reference, are true and accurate copies of Plaintiff's DFEH Complaint and the "Right to Sue" letter provided by the DFEH.

37. As a proximate result of the acts of Defendants, Plaintiff has suffered humiliation, embarrassment, mental and emotional distress, and discomfort in the form of nervousness, anxiety, nausea, worry, and indignity. As a proximate result of the willful, knowing, and intentional acts of harassment against Plaintiff, Plaintiff has suffered, and continues to suffer, general damages for having to endure an oppressive working environment, in a sum according to proof at the time of trial. Plaintiff is also entitled to an award of special damages, including but not limited to lost wages and benefits resulting from the termination of her employment with AMAZON.

38. Defendants, and its officers, directors, and/or managing agents, committed the acts described in this Complaint, failed to properly address Plaintiff's complaints of race/ethnicity and gender, maliciously, oppressively, and in conscious disregard of Plaintiff's statutory rights, entitling Plaintiff to an award of punitive damages against Defendants in an amount appropriate to punish and make an example of Defendants.

39. As a direct cause of the acts alleged above, Plaintiff has had to hire the services of an attorney. Plaintiff has incurred and continues to incur legal expenses and attorneys' fees and

9

1    is entitled to an award of attorneys' fees and costs pursuant to California Government Code

2    section 12965(b).

3
                                    **FIFTH CAUSE OF ACTION**
4                    **VIOLATION OF CALIFORNIA LABOR CODE SECTION 1102.5**
                                       **(Whistleblower Statute)**
5
6         40.    Plaintiff hereby re-alleges and incorporates by reference as though fully set forth

7    herein, the allegations contained in paragraphs 1 through 39.  This cause of action is pled against

8    all Defendants (including Doe Defendants).

9         41.    California Labor Code Section 1102.5 provides in relevant part:

10        "An employer, or any person acting on behalf of the employer, shall not retaliate
          against an employee for disclosing information... to a person with authority over the
11        employee or another employee who has the authority to investigate, discover, or
          correct the violation or noncompliance, ... if the employee has reasonable cause to
12        believe that the information discloses a violation of state or federal statute, or a
          violation of or noncompliance with a local, state, or federal rule or regulation,
13        regardless of whether disclosing the information is part of the employee's job
          duties." (Cal. Lab. Code § 1102.5 (b).)
14

15        42.    Plaintiff reasonably believed that AMAZON engaged in gender pay and race
16
     discrimination.  Plaintiff timely raised her concerns to her superiors, who had the authority to
17
     investigate, discover or correct said issues.
18
          43.    Plaintiff, by raising the above-described issues to an employee with authority over
19
20   the employee or another employee who has the authority to investigate, discover, or correct the

21   violation or noncompliance, engaged in protected activity.

22        44.    Defendants, and each of them, retaliated against Plaintiff for opposing
23
     AMAZON's unlawful practices, and her employment was terminated in response, in violation of
24
     California Labor Code Section 1102.5.
25
          45.    As a proximate result of the wrongful conduct of the Defendants, and each of
26
27   them, Plaintiff has suffered and continues to sustain substantial losses in earnings and other

28
                                                    10

1    employment benefits in amount according to proof at the time of trial, including but not limited

2    to lost wages due to the termination of Plaintiff's employment.

3

4          46.    As a proximate result of the acts of Defendants, Plaintiff has suffered humiliation,

5    embarrassment, mental and emotional distress, in the form nervousness, anxiety and worry.

6          47. .    In committing the foregoing acts, officers, directors, and/or managing agents of

7    Defendants were guilty of malice, fraud, and oppression, and acted in conscious disregard of

8    Plaintiff's rights, and Plaintiff is therefore also entitled to an award of punitive damages in

9    addition to the actual damages caused thereby, for the sake of example and by way of punishing

10    Defendants.

11          WHEREFORE, Plaintiff prays judgment as set forth below.

12

13                        **SIXTH CAUSE OF ACTION**
**Wrongful Termination in Violation of Public Policy**

14                              **(Against all Defendants)**

15          48.    Plaintiff hereby re-alleges and incorporates by reference as though fully set forth

16    herein, the allegations contained in paragraphs 1 through 47.

17          49.    Defendants terminated Plaintiff's employment following her report of

18    race/ethnicity discrimination. Plaintiff's report of discrimination was a substantial motivating

19    reason for the termination of her employment. The conduct of Defendants violates public policy,

20    as fully set forth herein.

21

22          50.    As a proximate result of the acts of Defendants, Plaintiff has suffered humiliation,

23    embarrassment, mental and emotional distress, and discomfort in the form of nervousness,

24    anxiety, nausea, worry, and indignity. As a proximate result of the willful, knowing, and

25    intentional acts of harassment against Plaintiff, Plaintiff has suffered, and continues to suffer,

26    general damages for having to endure an oppressive working environment, in a sum according to

27    proof at the time of trial. Plaintiff is also entitled to an award of special damages, including but

28

1 │ not limited to lost wages and benefits resulting from the termination of her employment with

2 │ AMAZON.

3 │    51.     Defendants, and its officers, directors, and/or managing agents, committed the

4
5 │ acts described in this Complaint, failed to properly address Plaintiff's complaints of

6 │ race/ethnicity, maliciously, oppressively, and in conscious disregard of Plaintiff's statutory

7 │ rights, entitling Plaintiff to an award of punitive damages against Defendants in an amount

8 │ appropriate to punish and make an example of Defendants.

9 │      WHEREFORE, Plaintiff prays judgment as set forth below.

10
## VI.
### PRAYER FOR RELIEF
11

12 │      WHEREFORE, Plaintiff prays judgment as follows:

13 │    1.  For general damages in a sum according to proof;

14 │    2.  For nominal damages;

15 │    3.  For compensatory damages;

16 │    4.  For medical and related expenses according to proof;

17
18 │    5.  For special damages, including but not limited to lost earnings and other employment

19 │       benefits, past and future, according to proof, with interest thereon as allowed by law;

20 │    6.  For reasonable attorneys' fees and costs, pursuant to California Government Code

21 │       §12965, and/or other statutes;

22 │    7.  For an award of interest, including prejudgment interest, at the legal rate;

23 │    8.  For declaratory and injunctive relief;

24 │    9.  For an award of backpay, liquidated damages, interest, costs and attorney fees

25 │       pursuant to California Labor Code section 1197.5; and

26 │   10. For all such other and further relief as the Court may deem just and proper.
27

28

12

1    Dated: February 24, 2020                    LAW OFFICE OF JEFFREY D. FULTON

2                                                By:

3                                                    Jeffrey D. Fulton
                                                     Attorney for Plaintiff
4                                                    LISA MCCARRICK

5

6                        **DEMAND FOR JURY TRIAL**

7        Plaintiff hereby demands trial by jury.

8

9    Dated: February 24, 2020                    LAW OFFICE OF JEFFREY D. FULTON

10                                               By:

11                                                   Jeffrey D. Fulton
                                                     Attorney for Plaintiff
12                                                   LISA MCCARRICK

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE OF
JEFFREY D. FULTON

                              13
                PLAINTIFF'S COMPLAINT FOR DAMAGES