1  MORGAN, LEWIS & BOCKIUS LLP
   Melinda S. Riechert, Bar No. 65504
2  1400 Page Mill Road
   Palo Alto, California 94304
3  Telephone:  +1.650.843.4000
   Facsimile:  +1.650.843.4001
4  melinda.riechert@morganlewis.com

5  MORGAN, LEWIS & BOCKIUS LLP
   Rebecca N. Friedman, Bar No. 323583
6  One Market
   Spear Street Tower
7  San Francisco, California 94105-1596
   Telephone: +1.415.442.1000
8  Facsimile:  +1.415.442.1001
   rebecca.friedman@morganlewis.com

10 Attorneys for Defendant
   AMAZON.COM SERVICES LLC (formerly known as
11 "Amazon.com Services, Inc.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MCCARRICK, | Case No. |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL** |
| vs. | |
| AMAZON.COM SERVICES, INC. and DOES 1 through 100, INCLUSIVE, | **[28 U.S.C. §§ 1332 and 1441]** |
| Defendants. | **Diversity Jurisdiction** |

## REQUEST FOR JUDICIAL NOTICE

1. In accordance with Federal Rule of Evidence 201 ("Rule 201), Defendant Amazon.com Services LLC (formerly known as "Amazon.com Services, Inc.") (hereinafter "Amazon" or "Defendant") respectfully requests that this Court take judicial notice of the documents described below in support of its Notice of Removal.

2. Rule 201 allows a court to take judicial notice of facts that are "not subject to reasonable dispute" because they are either (1) "generally known within the trial court's territorial

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1    DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

DB2/ 38559999.1

jurisdiction" or (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information. Fed. R. Evid. 201(c)(2).

3. A court may take judicial notice of records and documents available from "reliable sources on the internet." *Gerritsen v. Warner Bros. Entertainment, Inc.,* 112 F.Supp.3d 1011, 1033 (C.D. Cal. 2015). Indeed, it is not uncommon for courts to take judicial notice of factual information found on the world wide web." *Paralyzed Veterans of Am. v. McPherson,* No. C 06-4670 SBA, 2008 WL 4183981, at *5 (N.D. Cal. Sept. 9, 2008). "This is particularly true of information on government agency websites, which have often been treated as proper subjects for judicial notice." *Id.* (granting request for judicial notice for two documents that appeared on the Secretary of State's Internet website); *see also Daniels-Hall v. Nat'l Educ. Ass'n,* 629 F.3d 992, 998-99 (9th Cir. 2010) (judicially noticing information on web sites because "it was made publicly available by government entities"); *Gustavson v. Mars, Inc.,* No. 13-CV-04537, 2014 wl 604774, at *3 n. 1 (N.D. Cal June 10, 2014) (judicially noticing certain documents that were "readily available on a government agency website").

4. Pursuant to Fed. R. Evid. 201, Defendant hereby respectfully requests this Court take judicial notice of the following facts and court documents in connection with Defendant's Notice of Removal:

(a) The fact that Lisa Mccarrick is the owner of the property located at 3881 Black Oak Dr., Rocklin, CA 95765-4648. A true and correct copy of summary information from Placer County, CA is attached hereto as **Exhibit 1**.

Dated: March 27, 2020                                     MORGAN, LEWIS & BOCKIUS LLP

By    */s/ Melinda S. Riechert*
Melinda S. Riechert
Rebecca N. Friedman
Attorneys for Defendant
AMAZON.COM SERVICES LLC
(formerly known as "Amazon.com Services, Inc.")

# EXHIBIT 1

 **Placer County California**     *County Clerk ~ Recorder*

**County Clerk-Recorder Online Services**

**Welcome!** Our New Online Services provide a convenient and centralized way to access documents recorded in our office.

Additional information about the site is available once you login.

***Ryan Ronco, County Clerk-Recorder***

Placer County Clerk-Recorder
2954 Richardson Drive
Auburn, CA 95603
Recordings - (530) 886-5600 Clerk - (530) 886-5610 Fax - (530) 886-5687

**Guest users please log in here.**

Login as Guest

**Registered users please log in here.**

Username:
Password:

Forgot Password?  |  Need Help?

Login     Clear

Build: 1053 200124_1321_A19_JUN
©All rights reserved, Placer County

Powered By **KOFILE** TECHNOLOGIES

For best results, current web browser versions are always recommended. JavaScript must be enabled to utilize the site. If you are having difficulty, please ensure that you have installed all available software and security updates.



**County Clerk ~ Recorder**

Home | Search Public Records | Preferences

**Search Criteria**

Display: 100  Records per page

Specific Criteria

Name Options: All Parties (Click to Select)

Name: McCarrick Lisa

(Example: IBM Inc or Smith John)

Recorded Date From: ____  To ____   User Defined

Search Types

Build: 1053 200124_1321_A19_JUN
©All rights reserved, Placer County



# Placer County California
## County Clerk ~ Recorder

Home | Search Public Records | Preferences                                    Need Help? | Log Out

### Search Results                                                             Print Results  Back to Criteria

**Search Criteria:** Search Type: Names; Name: McCarrick Lisa ...   All Criteria

**Displaying 1-4 of 4 Items**

| Document # | | Name ▲ | | Other Name | Doc Type | Recorded | Verified |
|---|---|---|---|---|---|---|---|
| 2018-0005355-00 | 1 | MCCARRICK LISA + | 2 | TCF NATIONAL BANK | DEED OF TRUST | 01/29/2018 | ✓ |
| 2018-0005354-00 | 1 | MCCARRICK LISA + | 2 | NEW PENN FINANCIAL LLC + | DEED OF TRUST | 01/29/2018 | ✓ |
| 2018-0005353-00 | 1 | MCCARRICK LISA + | 2 | MCCARRICK LISA + | DEED | 01/29/2018 | ✓ |
| 2018-0005353-00 | 2 | MCCARRICK LISA + | 1 | MCCARRICK LISA + | DEED | 01/29/2018 | ✓ |